IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 08-159 |
| | ) |
| REGIS H. DURKIN, | ) |
| Defendant. | ) |

## ORDER

AND NOW, this 3rd day of June, 2008, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered April 14, 2008, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Friday, June 13, 2008 at 10:30 a.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

s/Gary L. Lancaster          ,J.
The Honorable Gary L. Lancaster,
United States District Judge

cc: Stephen R. Kaufman,
Assistant United States Attorney

Stephen R. Greenberg, Esquire
Greenberg & Bradley
Suite 1110, Manor Building
564 Forbes Avenue
Pittsburgh, PA 15219

U.S. Marshal

U.S. Pretrial Services

U.S. Probation