IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 08-159 |
| | ) | |
| REGIS H. DURKIN | ) | |

## ORDER OF CRIMINAL FORFEITURE
## AGAINST REGIS H. DURKIN

AND NOW, this 7th day of Oct , 2008, it is hereby ORDERED, ADJUDGED
and DECREED that:

1. All right, title and interest of Regis H. Durkin (Durkin) in one Compaq laptop computer,
Model V4000, serial number 2CE606122T (hereinafter Subject Property) is forfeited to the United
States for disposition in accordance with federal law pursuant to pursuant to 18 U.S.C. § 2253(a)(3).

2. The United States shall forthwith give notice to any person or entity having or claiming
a legal interest in the Subject Property and shall forthwith publish a legal notice of the Court's Order
of forfeiture. The notice shall state the United States' intent to dispose of the Subject Property in
such manner as the Attorney General may direct and notice that any person, other than Durkin having
or claiming a legal interest in the Subject Property must file a petition with the United States District
Court for the Western District of Pennsylvania at Criminal No. 08-159 within thirty-five (35) days
of the publication of notice or of receipt of actual notice, whichever is later.

3. The Court will adjudicate all third-party claims.

_____
UNITED STATES DISTRICT COURT