IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 08-159 |
| | ) | |
| REGIS H. DURKIN | ) | |

## FINAL ORDER OF FORFEITURE

AND NOW, this 22nd day of Jan., 2009, it is hereby ORDERED, ADJUDGED and DECREED that one Compaq laptop computer, Model V4000, serial number 2CE606122T is hereby forfeited to the United States pursuant to 18 U.S.C. § 2253(a)(3) for disposition in accordance with federal law, free and clear of all right, title and interest of any person or entity, including without limitation Regis Durkin.

_____
United States District Court